UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TECHRADIUM, INC., )<br>    Plaintiff )<br>)<br>v. )<br>)<br>FIRSTCALL NETWORK, INC., )<br>    Defendant. ) | CASE NO. 4: 13- cv -02487<br>JUDGE LEE H. ROSENTHAL |

\* \* \*

| | |
|---|---|
| TECHRADIUM, INC., )<br>    Plaintiff )<br>)<br>v. )<br>)<br>CITY OF FRIENDSWOOD, )<br>    Defendant. ) | CASE NO. 4:13- cv - 02641<br>JUDGE LEE H. ROSENTHAL |

## ORDER CONSOLIDATING CASES

Came on for consideration the unopposed motion of FirstCall Network, Inc., to consolidate the two above-captioned cases. There being no opposition from any party in either case, this Court is of the opinion that the motion is well taken and should be granted.

It is therefore ORDERED that Case No. 4:13-cv-02487 and 4:13-cv-02641 are hereby consolidated for all purposes..

_____
**UNITED STATES DISTRICT JUDGE**