# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| TECHRADIUM, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NOS. H-13-2487, 13-264 |
| § | |
| FIRSTCALL NETWORK, INC., *et al.*, § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

For the reasons stated in the court's Memorandum and Opinion of September 29, 2014, TechRadium's claims against FirstCall Network, Inc. and the City of Friendswood are dismissed, with prejudice. TechRadium takes nothing. TechRadium must pay FirstCall its fees and expenses in the amount of $96,396.12 and must pay the City of Friendswood its fees and expenses in the amount of $16,476.00.

This is a final judgment.

SIGNED on February 27, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge